Brandt L. Wolkin, Esq. (SBN 112220)
Catharine M. Tolson, Esq. (SBN 271223)
WOLKIN CURRAN, LLP
111 Maiden Lane, Sixth Floor
San Francisco, CA 94108
T: 415/982-9390
F: 415/982-4328
bwolkin@wolkincurran.com
ctolson@wolkincurran.com

Counsel for plaintiff and cross-defendant
COLONY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY INSURANCE COMPANY, a Virginia Corporation,<br><br>Plaintiff,<br>v.<br><br>BALCAL CONTRUCTION, INC., a California Corporation; and DOES 1-10<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | Case No.: 3:24-cv-01904-MMC<br><br>**STIPULATION FOR JUDGMENT IN FAVOR OF PLAINTIFF; [PROPOSED] ORDER** |

Plaintiff/Cross-Defendant COLONY INSURANCE COMPANY ("CIC") and Defendant/Cross-Complainant BALCAL CONSTRUCTION, INC. ("BalCal")(collectively "the Parties") hereby stipulate and agree as follows:

1. CIC initiated this action for a declaration concerning the rights and the obligations of the Parties under Commercial General liability Policy No. 103-GL 0030371-00, effective July 20, 2019 through July 20, 2020, and CGL Policy No. 103 CL 0030371-01, effective July 20, 2020 through July 20, 2021 (collectively, the "Policies") with respect to an underlying construction defect matter titled *Balcal Construction, Inc. v. Suzanne Giraudo, et al.,* Superior Court of California, County of Napa, Case No. 23CV001364 (the "Underlying Action"). CIC sought judgment declaring it has no coverage obligation to BalCal with respect to the Underlying Action because: (1) the project at issue was never completed by

1.

BalCal during the term the CIC Policies were in effect, and those same Policies do not provide coverage for claims involving an insured's ongoing operations, and/or (2) even if this claim involved the insured's completed operations, there is no covered "property damage" at issue in the Underlying Action.

2. BalCal, in turn, cross-complained against CIC for Breach of Contract and Breach of the Covenant of Good Faith and Fair Dealing.

3. The parties have entered into a settlement agreement, and pursuant thereto, agree that judgment shall be entered in favor of CIC and against BalCal as follows and as set forth in the attached Proposed Order of Judgment in Favor of CIC:

IT IS STIPULATED that Judgment shall be entered in favor of CIC as to its first cause of action for Declaratory Relief- Duty to Defend and its second cause of action Declaratory Relief – Duty to Indemnify, as the parties agree that there is no coverage for the Underlying Action under the CIC Policies because the business risk exclusions j(5) and j(6) preclude coverage. Additionally, there is no claim of covered "property damage" caused by BalCal, as that term is defined in the Policies, at issue in the Underlying Action.

IT IS FURTHER STIPULATED that the judgment shall become final for all purposes upon entry of judgment, and CIC and BalCal waive any right to appeal or seek review of this judgment by a higher court. The Parties further agree that each party will bear their own fees and costs.

BalCal hereby expressly waives notice of entry of judgment, notice of and right to any hearing regarding entry of judgment.

The Parties agree that this Stipulation and Judgment are entered into without coercion or collusion, and after a good faith negotiation, with both parties having the opportunity to consult legal counsel and fully understanding the implications of this agreement.

///

///

///

1  IT IS SO STIPULATED.

2  Dated:   February 14, 2025              WOLKIN CURRAN, LLP

3                                          */s/ Catharine M. Tolson*

4                                   By: _____
                                          Brandt L. Wolkin, Esq.
5                                         Catharine M. Tolson, Esq.

6                                   Counsel for Plaintiff and Cross-Defendant
                                         COLONY INSURANCE COMPANY
7

8

9  Dated:   February 14, 2025          LAW OFFICES OF ERIC BRYAN
                                                    SEUTHE
10
                                             */s/ Eric B. Seuthe*
11                                  By: _____
                                           Eric Bryan Seuthe, Esq.
12
                                       Counsel for Defendant/Cross-
13                                          Claimant BALCAL
                                          CONSTRUCTION, INC.

14

15                          **SIGNATURE ATTESTATION**

16  Pursuant to this Court's local rule 5-4.3.4, I attest that concurrence in the filing of

17  this document has been obtained from the other signatories listed on the signature page.

18
    Dated:   February 14, 2025              WOLKIN CURRAN, LLP
19
                                            */s/ Catharine M. Tolson*
20                                  By: _____

21                                         Catharine M. Tolson, Esq.
                                     Counsel for Plaintiff/Cross-Defendant
22                                      COLONY INSURANCE COMPANY

23

24

25

26

27

28

## [PROPOSED] ORDER OF JUDGMENT

Pursuant to the Stipulation for Judgment entered into between Plaintiff/Cross-Defendant COLONY INSURANCE COMPANY ("CIC") and defendant/Cross-Complainant BALCAL CONSTRUCTION, INC. ("BalCal") the Court finds it appropriate to ~~enter~~ award Judgment in favor of CIC as follows:

Judgment is hereby ~~entered~~ awarded in favor of CIC as to its first cause of action for Declaratory Relief – Duty to Defend and its second cause of action Declaratory Relief – Duty to Indemnify as the parties agree that there is no coverage for the Underlying Action under the CIC Policies because the business risk exclusions j(5) and j(6) preclude coverage. Additionally, there is no claim of covered "property damage" caused by BalCal, as that term is defined in the Policies, at issue in the Underlying Action.

With judgment hereby ~~entered~~ awarded in favor of CIC, this action is ordered dismissed on the merits with prejudice. Upon entry of judgement herein, this judgment is final for all purposes.

IT IS SO ORDERED.

Date: February 18, 2025

_____
The Honorable Maxine M. Chesney,
Judge for the United States District Court,
Northern District of California, San Francisco Division

---

4.

STIPULATION AND PROPOSED JUDGMENT                               3:24-CV-01904-MMC